UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARBARA WILLIAMS,

                  Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,

                  Defendant.
-----------------------------------------------------------X

21 **CIVIL** 2313 (KHP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 16, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          March 17, 2022

                                              **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                    **BY:**

                                                  **Deputy Clerk**